## 58964. COLSON v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals from the revocation of his sentence to probation. Counsel on appeal has moved to withdraw pursuant to Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493). *Held:*

We have determined that the appeal is not frivolous and the motion to withdraw is disapproved. However, our review of the record reveals no reversible error.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED NOVEMBER 20, 1979 — DECIDED JANUARY 10, 1980.

*James L. Wiggins,* for appellant.
*Phillip R. West, District Attorney,* for appellee.